1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| BAL SEAL ENGINEERING COMPANY, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>JAY QIANG HUANG, an individual; SAINT-GOBAIN PERFORMANCE PLASTICS CORPORATION, a California corporation,<br><br>Defendants. | Case No. 10-cv-0819 CAB<br><br>HON. CATHY ANN BENCIVENGO<br><br>**ORDER GRANTING UNOPPOSED MOTION TO FILE UNDER SEAL: (1) MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO COMPEL PRODUCTION OF DOCUMENTS [UNREDACTED SEALED VERSION]; (2) SUPPORTING DECLARATIONS**<br><br>**Complaint Filed:  April 19, 2010**<br>**Trial Date:         Not set** |
|---|---|

|   |   |
|---|---|
| 1 | Having reviewed the representations in the Motion of plaintiff Bal Seal Engineering Co., Inc. ("BSE") to File Under Seal: (1) BSE's Memorandum of Points and Authorities in Support of Motion for To Compel Production of Documents [UNREDACTED SEALED VERSION]; and (2) the Declarations of Tom Dao [UNREDACTED SEALED VERSION], Hugh Cook [UNREDACTED SEALED VERSION] and Jim Sittler, together with the exhibits attached thereto, the Court finds good cause to grant Defendants' Motion. |

Therefore, it is HEREBY ORDERED:

1. That pursuant to the Stipulated Protective Order entered by the Court, Defendants shall submit the above documents to the Court Clerk in a sealed envelope with a cover bearing (1) the Case Caption, (2) a general description of the contents of the sealed envelope and (3) a prominent display of the notation **"DOCUMENT FILED UNDER SEAL."**

2. A copy of this Order shall accompany BSE's under seal filing.

Dated:   8/16/11

CATHY ANN BENCIVENGO
United States Magistrate Judge